IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JAN 24  PM 2: 19

| | |
|---|---|
| ALFRED TIMOTHY BRATTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-972-KAJ |
| ) | |
| STATE OF DELAWARE, SUSSEX ) | |
| COUNTY SUPERIOR COURT, and ) | |
| SUSSEX CORRECTIONAL INSTITUTE,) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Alfred Timothy Bratton ("Bratton") brings this civil rights action pursuant to 42 U.S.C. §1983. He appears *pro se* and on September 3, 2004, was granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. (D.I. 4). I now proceed to review and screen the complaint pursuant to 42 U.S.C. § 1915 and § 1915A.

For the reasons discussed below, I am dismissing the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

**I.    THE COMPLAINT**

The allegations in the complaint concern the delay of Bratton's criminal trial in Sussex County Superior Court. Bratton complains that he was not given a reason for the continuance or rescheduling of the matter. In an attachment to the complaint Bratton also alleges that he suffered "permanent water damage" and needs to see a dermatologist for removal of a neck scar; he has not received photographs his fiance mailed to him; and he has been defamed by the criminal charges brought against him by the state. Bratton seeks compensatory damages in the amount of $15 million dollars.



**Office of the Clerk**
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED
JAN 2 5 2006
SCI MAILROOM

1986  U.S. POSTAGE  PB 22303700
7910  $00.390       JAN 26 06
4208  FROM ZIP CODE  19947

RTS
RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
  ☒ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
  ☐ NOT DELIVERABLE AS ADDRESSED
S ☐ - UNABLE TO FORWARD
   ☐ OTHER

Alfred Timothy Bratton
SBI#00220904
SCI
P.O. Box 500
Georgetown, DE 19947